IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LUNAR REPRESENTATIVE, LLC, | § | |
| | § | |
| Plaintiff Below, Appellant, | § | No. 227, 2023 |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| AMAG PHARMACEUTICALS, | § | |
| INC. | § | C.A. No. 2019-0688 |
| | § | |
| Defendant Below, Appellee. | § | |

Submitted: February 7, 2024
Decided: February 21, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## **ORDER**

This 21st day of February 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Order and the Transcript Ruling dated May 26, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice